Foster Chambers
1173 highland Ave Oak Park
Illinois 60304
630-7034216
Foster.chambers25@gmail.com

Plaintiff in *pro per*



# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **FOSTER CHAMBERS** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No.: 1:22 CV 06008 | |
| § | | |
| **VILLAGE OF OAK PARK; TAMMY** § | | |
| **GROSSMAN; KEVIN JACKSON;** § | | |
| **STACY DEXTER;** and **STEVE CUTIA** § | | |
| Defendants. § | | |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Foster Chambers, respectfully request a temporary restraining order, and request that this Honorable Court provide relief for the violation of Plaintiff's constitutional rights.

## 1. Introduction
The Plaintiff alleging that the Defendants, VILLAGE OF OAK PARK; TAMMY GROSSMAN; KEVIN JACKSON; STACY DEXTER; AND STEVE CUTIA, have engaged in unconstitutional practices that have resulted in unequal and unfair treatment. The Plaintiff believes that a temporary restraining order is necessary to protect their rights and to prevent the Defendant from continuing to take actions that harm them. Defendants have continued litigation against Plaintiff even though we believe the Judge requested that be suspended. Plaintiff worries the Defendants will try and enforce actions now that would leave the Plaintiff homeless. These actions would only be taken in spite to harm Plaintiff and serve no public interest.

## 2. Jurisdiction
This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1343. Venue is proper in this judicial district under 28 U.S.C. § 1391(b).

### 3. Parties
Plaintiff Foster Chambers is a resident of Oak Park, Illinois.
Defendant Steve Cutia ("Cutia") serves as head Building inspector of the VOP and final policy maker and and was acting under color of state law at all timesPLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER 4
Defendant Stacy Dexter ("Dexter") serves as Cutia's assistant and seems to be leader of
the permit division and was acting under color of state law at all times
Defendant Village of Oak Park ("VOP") is a municipality incorporated under the State of Illinois laws. It funds both the code enforcement regime and the municipal court system of the Village and was acting under color of state law at all times
Defendant Tammie Grossman is a senior municipal official who oversees VOP Building and Permitting divisions and was acting under color of state law at all times.

### 4. Background
The Plaintiff has been subjected to unequal and unfair treatment by the Defendant. Evidence submitted (6/5/23 complaint) shows that the Defendant's
actions were unconstitutional and violated the Plaintiff's rights under the Equal Protection Clause of the 14th Amendment. The Plaintiff believes that a temporary restraining order and the requested relief will help ensure that justice is served, and that the Defendant is held accountable for its actions. The requested relief will serve to help Plaintiff cure any current property standard violations and possibly allow Plaintiff to work on property which would benefit both the Plaintiff and the Defendant.

### 5. Proposed Order
The Plaintiff respectfully requests that the Court grant the following temporary restraining order:

a. Restrain the Defendant from any adjudicative litigation against the Plaintiff until
the conclusion of this case or until a settlement is reached. Defendants can bring any issues to this court for review if need be.

b. Require that if Plaintiff can restart properties a third party will used to oversee and handle all building department related activities.

### 6. Notice
Notice will be electronically served with this filing.

### 7. Merits
The Plaintiff has provided evidence (complaint filed 6/5/23) of malicious
intent and personal animus and ill-will on the part of the Defendant, which has resulted in unequal treatment. Mis handling of complaints levied against village employees, unequal

treat in terms of several areas including: zoning decisions, Fence enforcement, permit enforcement, porta potty enforcement, Dumpster enforcement, fines and fees,
The Plaintiff's claims arise from an original violation of their rights, and all current actions stem from that original and continuous violation of rights and ongoing unequal tretment. The Plaintiff's evidence and arguments support their claim for relief. Defendants to this point have raised defenses that include: Plaintiff should have known his rights were being violated, Plaintiff has not used available process and this shouldn't be in federal court and these allegations are time barred.  Plaintiff believes that all these issues can be argued against and dismissed and the court will dismiss Defendants motion to dismiss and this will result in a trial where Plaintiff can succeed based on the merits and evidence of the case.


Dated this 21st day of June, 2023.


                                                            Respectfully Submitted,

_____
                                                               Foster Chambers,
                                                               Plaintiff in *pro per*

**CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

1. On 6/21/23 the foregoing Plaintiff's Motion for Temporary Restraining Order was electronically filed with the District Court Clerk via CM/ECF filing system, sending service to:

    > Paul L. Stephanides
    > Village Attorney
    > Village of Oak Park
    > 123 Madison Street
    > Oak Park, Illinois 60302
    > (708) 358-5660 – Phone
    > (708) 358-5106 – Fax
    > pstephanides@oak-park.us

2. Pursuant to Fed. R. Civ. P. 5, the undersigned certified that, to his best information and belief, there are no non-CM/ECF participants in this matter.

Dated this 21st day of June, 2023.

Respectfully Submitted,

_____
Foster Chambers,
Plaintiff in *pro per*

DocuSign Envelope ID: 10452F89-120D-49F8-89F0-B599B19FD742

# IN THE CIRCUIT COURT
# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
## Cook County, Illinois

| | |
|---|---|
| Foster Chambers<br>**Plaintiff**<br>-vs-<br>Village of Oak Park, Tammi Grossman, Steven Cutia, Kevin Jackson, and Stacey Dexter<br>**Defendant** | Case No.: 1:22-cv06008 |

## **AFFIDAVIT**

I, Luis Navarro, of Chicago, in Cook County, Illinois, being duly sworn, deposes and affirm upon oath:

**1.** On the February 6th 2019 sometime between 3-4pm csd Chief building inspector Steven Cutia entered the residence at 840 Cuyler in Oak Park Illinois. I was working with my partner Rafa when Mr. Cutia approached us and said exactly" we needed to leave", he asked me if we we had been paid I said Foster owes us around $900 right now". Mr. Cutia then said " your def not going to get paid so no need to come back, Im going to make sure he wont have money to pay you and he(referencing Foster Chambers) wont be able to work in this town again. " I asked who are you and Mr. Cutia handed me his card. I then packed up texted called Foster Chambers we have an emergency with a pic of the card. Foster called me back and I explained what had just happened I told him "this guy is out to bankrupt you", Foster asked did he say that I responded "yeah he said your not going to work again"

I was called a few later by Foster said he was meeting with Mr. Cutia's Boss and he wanted me to tell her what was said. Foster called me from his phone maybe 20 mins later and a woman who identified herself as Tammi Grossman proceeded to ask me questions about that day and what was said. I told her that " Mr. Cutia said "he was basically going to Bankrupt Foster and we should leave, we werent getting paid", she thanked me foster thanked me and they hung up.

DocuSign Envelope ID: 10452F89-120D-49F8-89F0-B599B19FD742

I had not heard from Foster(besides random text here and there) or worked for him from that point on until he called me on Jan 6th 2022 asking if i remembered what happened and if i was willing to sign an affidavit. I said "yes" Foster asked "what did he say again " I said he said he was going to make sure you couldnt pay us". Foster asked" to be clear did he say the words Bankrupt" I said " No i was paraphasing" Foster asked What did he say exactly " I proceeded to tell Foster he said he was going to make sure Foster wasn't going to pay us the $900, we should and that he was going to make sure Foster doesn't work in Oak Park again" Foster said " Wooooooooow I cant believe that, send me your email so i can send you the affidavit to sign" I replied "yea man it was crazy" , and texted Foster my email

.

**2.** At no point has Foster offered me me any kind of compensation for my statement, nor have I asked for any kind of compensation. This statement was not rehearsed or fabricated as it is a true retelling of event that transpired on Feb 6th 2019. .

**STATE OF ILLINOIS**
**COUNTY OF COOK**

SUBSCRIBED TO AND SWORN BEFORE ME, this _____.

Signature _____ (Seal)
NOTARY PUBLIC
My Commission expires: _____

_____
(Signature)

Luis Navarro

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FOSTER CHAMBERS** § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 1:22-cv-06008 |
| § | |
| **VILLAGE OF OAK PARK; TAMMY** § | |
| **GROSSMAN; KEVIN JACKSON;** § | |
| **STACY DEXTER;** and **STEVE CUTIA** § | |
| Defendants. § | |

## AFFIDAVIT
Will_____County, Illinois

I, Tahir Hafeez, Plainfied Illinois, being duly sworn, deposes and affirm upon oath:

1. I have worked as a Certified Residential Appraiser for over 10 years even starting my own firm. I also hold a Real Estate Brokers license for the past 5 years, and have been involved with fix and flips, renovations and construction for over 15 years. I am uniquely qualified to speak about the current and retrospective market value of properties, project financing, and the effect delays have on investment projects. I have personally evaluated each project the Plaintiff engaged in prior to purchase due to my appraisal expertise. I confirmed or rejected the projected valuation range and project scope of work. Per appraisals reports done by each lender:

840 Cuyler Oak Park IL  $900,000
841 Lombard Oak Park IL  $ 700,000
1131 Elmwood Oak Park IL  $ 725,000
1143 Clinton  Oak Park IL  $ 850,000
1139 Highland Oak Park IL  $ 640,000
524 Cuyler Oak Park IL  $1,075,000

Each project was projected to sell within 90 days or less per market trends in Oak Park. Renovation financing is for a 12–18-month period with all payment being interest only. If the loan is not satisfied within the agreed term borrows are required to pay default penalties ranging from 30-50%.  In my professionally experience unforeseen administrative delays lead to project incompletion. Due to the circumstances

surrounding this case and the 6 foreclosures the Plaintiff will likely have to file bankruptcy. This will result in the plaintiffs inability to secure working capital going forward.

2. At no point has Foster offered me any kind of compensation for my statement, nor have I asked for any kind of compensation.

## **CERTIFICATION PURSUANT TO SECTION 1-109**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil

Procedure, the undersigned certifies that the statements set forth in this instrument are

true and correct, except as to matters therein stated to be on information and belief and as

to such matters the undersigned certifies as aforesaid that [he/she/it/they] verily believes

the same to be true.

*tahir hafeez*        06/05/23
_____
Tahir Hafeez                Date



STATE OF ILLINOIS
COUNTY OF COOK
SUBSCRIBED TO AND SWORN BEFORE

ME, this _____.

Signature _____ (Seal)
NOTARY PUBLIC

My Commission expires: _____

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FOSTER CHAMBERS** § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **VILLAGE OF OAK PARK; TAMMY** § <br> **GROSSMAN; KEVIN JACKSON;** § <br> **STACY DEXTER;** and **STEVE CUTIA** § <br> Defendants. § | Case No. 1:22-cv-06008 |

# AFFIDAVIT
_____ County, Illinois

I, Myron Robinson, Rockford, Illinois, being duly sworn, deposes and affirm upon oath:

1. On the February 6th 2019 sometime between 3-4pm csd Chief building inspector Steven Cutia entered the residence at 840 Cuyler in Oak Park Illinois. I was working in the basement going over plumbing plans when an inspector could be heard telling the guys upstairs " They needed to leave", the inspector asked if they had been paid I heard him respond they were owed $800-$900. The inspector could be heard saying " your not going to get paid so no need to come back, I'm making sure he won't have money to pay you and he (Foster Chambers) won't work in this town again. The guy upstairs asked "Who are you" after a couple minutes I heard the inspector say again "everyone leave, I'm shutting this done" he walked out and I could hear the guys packing up and the guy yell to his partner "we might not be coming back, that Inspector said he's going to fuck Foster business up, what the fuck, I'm calling him now". I walked upstairs looked out the window and could see the white guy visibly angry on his cell phone and he said "leaving Chambers project now, He's DONE, shut this and anything else he has down, I want him GONE" there was business card left on the wall from Steven Leo Cutia Chief Building Official.  I don't know who the Inspector was speaking to. I worked with Foster on other jobs and at each one several city cars would drive by slowly every day. I remember one owner on a job saying" he hasn't seen this many village cars the whole 20 years he lived there".  Their presence made him uneasy. That owner would ask guys if they'd been paid and if they were licensed with the city. I believe that was a contributing factor to that owner not trusting Foster and falling out with him.

2. At no point has Foster offered me any kind of compensation for my statement, nor have I asked for any kind of compensation. This statement was not rehearsed or fabricated as it is a true retelling of event that transpired on Feb 6th 2019 & and various other projects I worked with Foster Chambers in Oak Park.

## **CERTIFICATION PURSUANT TO SECTION 1-109**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil

Procedure, the undersigned certifies that the statements set forth in this instrument are

true and correct, except as to matters therein stated to be on information and belief and as

to such matters the undersigned certifies as aforesaid that [he/she/it/they] verily believes

the same to be true.

Signed copy being prepared
_____
Myron Robinson                Date



STATE OF ILLINOIS
COUNTY OF COOK
SUBSCRIBED TO AND SWORN BEFORE

ME, this _____.

Signature _____ (Seal)
NOTARY PUBLIC

My Commission expires: _____



foster chambers <fchambers@52ndave.com>

# Notice of New Hearing Date
1 message

**Jackson, Rasheda** <rjackson@oak-park.us>  Fri, Jun 16, 2023 at 4:17 PM
To: "fchambers@52ndave.com" <fchambers@52ndave.com>

Dear Mr. Chambers:

There was a remote adjudication hearing scheduled yesterday, June 15, 2023, on Citation Numbers L3-23450, L3-23452 and L3-23453.  As you are aware, the Village previously agreed to pause proceeding with citations and enforcement actions regarding  your various properties while settlement negotiations in your federal lawsuit were pending.  Since those negotiations recently ended without a settlement being reached, the Village is reinstituting the issuance of citations and enforcement actions with regard to your proceedings.  Please see the attached continuance order and citations referenced herein for 524 N. Cuyler Avenue, Oak Park, IL.  The remote hearing on these citations has been continued to June 29, 2023 at 1:00 pm.  Please let me know if you have any questions.  Thanks - Rasheda

Rasheda Jackson

Assistant Village Attorney

Village of Oak Park

123 Madison Street

Oak Park, Illinois 60302

(708) 358-5665 – Phone

rjackson@oak-park.us



**OAK PARK LAW DEPARTMENT**

This message is confidential and is intended for the exclusive use of the individual or entity to whom it is addressed.  This message may also be privileged or protected by work product laws and regulations.  If you have received it by mistake, please resend this message to the sender and delete it from your system without copying it or disclosing its contents to anyone.

**2 attachments**

📄 **52nd Ave Order - 6-15-23.pdf**
251K

📄 **Citation No. L3-23450-453.pdf**
243K